■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE McGRODER, Defendant, and SERAFINO GATTI, Appellant.— Same decision as in *People* v. *McGroder* (26 A D 2d 615), decided herewith. (Appeal from judgment of Erie County Court convicting defendant of burglary, third degree, and grand larceny, second degree.) Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.